# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **TERRY AGUILLARD** | **DOCKET NO. 6:23-CV-00367** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EDWARD BICKHAM, WARDEN** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge [Doc. 4] previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that PETITION FOR HABEAS CORPUS [Doc.1] be DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED, in chambers on this 7th day of June 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE